655 A.2d 491

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner**

v.

**Richard F. JENNINGS, Respondent.**

Supreme Court of Pennsylvania.

Nov. 2, 1994.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of November, 1994, the Petition for Allowance of Appeal is Granted. Pursuant to *Commonwealth, Dept. of Transportation v. Ingram,* and *Commonwealth, Dept. of Transportation v. Frain,* 538 Pa. 236, 648 A.2d 285 (1994), the Order of Commonwealth Court is Reversed and the license suspension of Richard F. Jennings is reinstated.

MONTEMURO, J., is sitting by designation.